# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Hooman Sadeh

Plaintiff,

V.

Venetian Casino Resort, LLC

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-02224-KJD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Hooman Sadeh shall recover from Venetian Casino Resort, LLC judgment in the amount of ($30,000.00), inclusive of all costs and attorneys fees.

September 21, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk